**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

NICKY D. HAIL AND VONDA HAIL                                CIVIL ACTION
                                                            NO. 08-4057

VERSUS

REPUBLIC FIRE & CASUALTY                                    SECTION M
INSURANCE COMPANY

**ORDER**

Before the Court is Plaintiffs' Motion to Remand which is opposed by Defendant, and which came for hearing on September 17, 2008, on the briefs. After consideration of the motion, the briefs and the applicable law, the Court grants the motion.

In Plaintiffs' motion (Paragraph V) it is stipulated that the amount in controversy is less than $75,000 and that they will accept no more than this amount, even if awarded more by the district court below. Thus, the "amount in controversy" does not exceed $75,000, leaving this court without jurisdiction. *See* 28 U.S.C. §1332.

**Accordingly**, the motion is **GRANTED**, and the case is remanded to the 22nd Judicial District Court for the Parish of St. Tammany.

New Orleans, Louisiana, this 17th day of September, 2008.

                                                   _____
                                                          Peter Beer
                                                   United States District Judge